AO91 (Rev. 12/03)   Criminal Complaint                                             AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | Case Number: 7:14-po-04131 |

Enrique JARAMILLO
IAE A206 230 706
Mexico 1973

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **July 29, 2014** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Enrique JARAMILLO was encountered by Border Patrol Agents near Hidalgo, Texas on July 29, 2014. When questioned as to his citizenship, defendant stated that he was a citizen and national of the United Mexican States, who had entered the United States illegally on July 29, 2014 by rafting across the Rio Grande River near the Donna, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Gessler, Howard  Border Patrol Agent
Signature of Complainant

Gessler, Howard   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

July 31, 2014                                    at   McAllen, Texas
Date                                                  City/State

Peter E Ormsby        U.S. Magistrate Judge
Name of Judge         Title of Judge                 Signature of Judge